IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL MURPHY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 16 C 11471 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| LISAS MADIGAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that on **October 11, 2017 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before Judge Virginia Kendall or any judge sitting in her stead in Courtroom 2319 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **Joint Motion for Extension of Time to Complete Fact Discovery**, a copy of which has been filed and served concurrently with this Notice.

Dated: October 4, 2017

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| LISA MADIGAN |  |  |
| Attorney General of Illinois | By: | */s/ Sarah H. Newman* |
|  |  | Thomas A. Ioppolo |
|  |  | Sarah H. Newman |
|  |  | Assistant Attorneys General |
|  |  | 100 W. Randolph Street, 13th Floor |
|  |  | Chicago, Illinois 60601 |
|  |  | 312-814-7198 / 312-814-6131 |
|  |  | tioppolo@atg.state.il.us |
|  |  | snewman@atg.state.il.us |
|  |  | *Counsel for Defendants* |