UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Paul Murphy, et al.
       Plaintiff,

v.              Case No.: 1:16−cv−11471
             Honorable Virginia M. Kendall

Lisa Madigan, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 24, 2019:

  MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 4/24/2019. By request and agreement of parties, a Settlement Conference is set for 5/1/2019 at 1:30 PM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.