IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL MURPHY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 16 CV 11471 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| KWAME RAOUL, Attorney General of Illinois, and ROB JEFFREYS, Acting Director of the Illinois Department of Corrections, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION FOR RULE TO SHOW CAUSE**

# (Filed under Seal)

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois        By:    */s/ Sarah H. Newman*
Sarah H. Newman
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
312-814-6131
snewman@atg.state.il.us

*Counsel for Defendants*

1