IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL MURPHY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 16 CV 11471 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| KWAME RAOUL, Attorney General of Illinois, and ROB JEFFREYS, Acting Director of the Illinois Department of Corrections, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO FILE THEIR RESPONSE TO PLAINTIFFS' MOTION FOR A RULE TO SHOW CAUSE UNDER SEAL**

Defendants Kwame Raoul, Attorney General of Illinois, and Rob Jeffreys, Acting Director of the Illinois Department of Corrections, by their attorney, the Illinois Attorney General, respectfully request that this Court grant their motion to file their response to Plaintiffs' motion for a rule to show cause under seal. In support of this motion, Defendants state as follows:

1. On December 18, 2020, Plaintiffs filed a motion for a rule to show cause against Defendant Jeffreys. Dkt. 179.

2. Plaintiffs' filings pertain to class member Robert Vinson's requests to reside at a particular host site. Defendants' response to Plaintiffs' motion requires the analysis and filing of sensitive, mental health treatment records. Pursuant to Local Rules 5.8(A) and 26.2, Defendant requests that the Court allow him to file his Response and the following exhibits under seal: and Exhibit 1 (Declaration of Sarah Brown-Foiles referencing Exhibit 9: letter from sex offender therapist Nicole Blaje); Exhibit 9 (November 9, 2020 letter from sex offender therapist Ms.

1

Nicole Blaje), and Exhibit 11 (referencing comments from sex offender therapist Nicole Blaje) and attaching photos of third parties).

3. Plaintiffs' Counsel does not oppose the filing of this Motion.

**WHEREFORE**, Defendants respectfully request that this Court grant Defendants' motion to file his response to Plaintiffs' motion for a rule to show cause under seal.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By: */s/ Sarah H. Newman*
Sarah H. Newman
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
312-814-6131
snewman@atg.state.il.us

*Counsel for Defendant*