IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL MURPHY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 16 CV 11471 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| KWAME RAOUL, Attorney General of Illinois, and ROB JEFFREYS, Director of the Illinois Department of Corrections, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT JEFFREYS' MOTION TO FILE HIS REPORT REGARDING
WHY HE SHOULD NOT BE HELD IN CONTEMPT UNDER SEAL**

Defendant Rob Jeffreys, Director of the Illinois Department of Corrections ("IDOC" or the "Department"), by his attorney, the Illinois Attorney General, respectfully requests that this Court grant allow him to file his Report Regarding Why He Should Not Be Held in Contempt for Failure to Comply with the Court's Order under seal. In support of this motion, Defendant Jeffreys state as follows:

1. On September 29, 2021, this Court granted the Plaintiffs' motion to show cause. Dkt. 218 at 1. The Court ordered the Defendants to file a written report regarding why they should not be held in contempt for failure to comply with the Court's permanent injunction order as to the use of sex therapist's opinions to make host site determinations. *Id*. at 3.

2. Plaintiffs' filings and the Court's order pertain to class member Robert Crysel's requests to reside at a particular host site. Defendant Jeffreys' report requires the analysis and filing of sensitive, mental health treatment records regarding both Mr. Crysel and another former class member. Pursuant to Local Rules 5.8(A) and 26.2, Defendant Jeffreys requests that the

1

Court allow him to file his report and Exhibit 1, the Declaration of Sarah Brown-Foiles, under seal. Defendant Jeffreys will also file a redacted version of both documents on the public docket.

**WHEREFORE**, Defendant Jeffreys respectfully request that this Court allow him to file his Report Regarding Why He Should Not Be Held in Contempt for Failure to Comply with the Court's Order under seal.

                                              Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois          By:    */s/ Sarah H. Newman*
                                                     Sarah H. Newman
                                                     Assistant Attorney General
                                                     100 W. Randolph Street, 13th Floor
                                                     Chicago, Illinois 60601
                                                     312-814-6131
                                                     sarah.newman@ilag.gov

                                                     *Counsel for Defendants*