IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL MURPHY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 16 CV 11471 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| KWAME RAOUL, Attorney General of Illinois, and ROB JEFFREYS, Director of the Illinois Department of Corrections, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT JEFFREYS' MOTION TO FILE
AGENT REXFORD'S DECLARATION UNDER SEAL**

Defendant Rob Jeffreys, Director of the Illinois Department of Corrections ("IDOC" or the "Department"), by his attorney, the Illinois Attorney General, respectfully requests that this Court grant allow him to file under seal the declaration of Agent Kenneth Rexford, Exhibit 3 to Defendant Jeffreys' Reply in Support of his Motion for Reconsideration of the Court's Ruling on Plaintiffs' Motion for Rule to Show Cause. In support of this motion, Defendant Jeffreys states as follows:

1. On November 9, 2021, Plaintiffs filed a Supplemental Memorandum Regarding the Department's Refusal to Release Robert Crysel (Dkt. 231), and attached a declaration from Joseph Lafan. Dkt. 231-1.

2. To respond to these filings, Defendant Jeffreys has attached to his reply a declaration from Mr. Lafan's parole agent, Agent Kenneth Rexford. Agent Rexford's declaration contains sensitive information regarding Mr. Lafan, in particular Paragraph 4-6. Pursuant to Local Rules 5.8(A) and 26.2, Defendant Jeffreys requests that the Court allow him to file Agent

1

Rexford's declaration under seal. Defendant Jeffreys will also file a redacted version of the declaration on the public docket.

**WHEREFORE**, Defendant Jeffreys respectfully request that this Court allow him to file Agent Rexford's declaration under seal.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois   By:   */s/ Sarah H. Newman*
Sarah H. Newman
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
312-814-6131
sarah.newman@ilag.gov

*Counsel for Defendants*