IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL MURPHY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 16 CV 11471 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| KWAME RAOUL, Attorney General of Illinois, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

In advance of the October 18, 2022 status hearing, Defendant Rob Jeffreys, Director of the Illinois Department of Corrections ("IDOC" or "the Department"), provides the following update regarding the class:

The Department has continued to expand its Intensive Community Reintegration Program ("ICRP"), which provides free transitional housing to *Murphy* class members and others. The ICRP currently provides 228 beds through contracts with nine vendors, including six wheelchair-accessible placements.

The Department's efforts to expand the ICRP have borne fruit. As of October 14, 2022, only nine class members remain in IDOC custody more than 30 days past their MSR date. Of these class members, six individuals were offered placement in the ICRP but refused such placement. Two individuals need nursing home care, and the Department is continuing its efforts to find nursing homes that will accept these individuals. Additionally, one individual is waiting for a wheelchair-accessible placement in the ICRP. This individual has been referred to the ICRP and the Department expects that he will be released within the next few weeks.

The following chart summarizes the status of the remaining class members:

| Remaining class members by category: | Number |
|---|---:|
| Refused placement in ICRP | 6 |
| In need of nursing home care | 2 |
| Waiting for a wheelchair-accessible ICRP placement | 1 |
|  |  |
| **Total:** | **9** |

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By: */s/ Sarah H. Newman*
Sarah H. Newman
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
312-814-6131
sarah.newman@ilag.gov

*Counsel for Defendant Rob Jeffreys*