## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Paul Murphy, et al,          )

                      )

   Plaintiff,           )

                      )     Case No. 16 C 11471

   v.                )

                      )     Hon. Virginia M. Kendall

Lisa Madigan, et al.,        )

                      )

   Defendants.         )

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of Plaintiff (s)

    and against Defendant(s)

        which  ☐ includes     pre–judgment interest.
               ☐ does not include pre–judgment interest.

    Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.
    Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of Defendant(s)
    and against Plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

---

☒    other:  Permanent Injunction Order entered on 1/15/2020. By agreement of Parties, case is closed.

---

This action was *(check one)*:
☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall.

Date:  11/3/2022                  Thomas G. Bruton, Clerk of Court

                                      /s/Lynn Kandziora , Deputy Clerk