# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PAUL MURPHY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 16 CV 11471 |
| ) | |
| v. ) | Judge Virginia M. Kendall |
| ) | |
| KWAME RAOUL, Attorney General ) | |
| of Illinois, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR
### AN EXTENSION OF TIME TO NEGOTIATE ATTORNEYS' FEES

Defendant Rob Jeffreys, Director of the Illinois Department of Corrections, respectfully requests that this Court extend the time for Defendant to complete his review of Plaintiffs' billing statements and provide his Local Rule 54.3(d) response to Plaintiffs to January 19, 2023. Defendant further requests that the Court extend the Plaintiffs' deadline to file their attorneys' fee petition to March 9, 2023. In support of this unopposed motion, Defendant states as follows:

1. On November 3, 2022, the Court entered judgment in this matter following entry of a permanent injunction on January 15, 2020. Dkt. 265.

2. In early 2021, the parties settled all attorneys' fees in this case incurred through December 31, 2020. On November 22, 2022 (two days early due to the Thanksgiving holiday), Plaintiffs' counsel provided their billing statements for fees incurred from January 1, 2021 through November 22, 2022. Plaintiffs' counsel's billing records for the 2021-22 period total 106 pages.

3. Local Rule 54.3(d) provides that the respondent shall advise the movant what matters are in dispute within 21 days. Local Rule 54.3(d) also requires the parties to attempt in good faith to resolve any disputes and agree on the amount of reasonable fees.

4. Pursuant to this requirement, Defendant's Local Rule 54.3(d) response is due on December 13, 2022. However, Defendant needs additional time to complete the review of Plaintiffs' 2021-22 billing statements, obtain settlement authority and begin good-faith negotiations to resolve any disputes over those statements.

5. Accordingly, Defendant requests an extension of 37 days, to January 19, 2023, to finalize the review of plaintiff's billing statement, obtain settlement authority, provide Defendant's Local Rule 54.3(d) response, and begin good-faith settlement negotiations to resolve Plaintiffs' 2021-22 attorneys' fees.

6. Defendant also requests that all other deadlines regarding attorneys' fees be extended 35 days as follows:

- Defendant to provide his Local Rule 54.3(d) response to Plaintiffs to January 19, 2023;
- The parties to prepare the Joint Statement by February 16, 2023; and
- Plaintiffs' fee petition to be filed by March 9, 2023.

7. Plaintiffs do not object to this request for an extension of time.

8. This motion is in no way brought for the purpose of undue delay, but rather to allow the parties time to attempt to resolve the remaining attorneys' fees without the intervention of the Court. No prejudice will result to Plaintiffs by the granting of this motion.

**WHEREFORE**, Defendant respectfully requests this Court extend his time to provide his Local Rule 54.3(d) response to Plaintiffs to January 19, 2023, and also extend the Plaintiffs' deadline to file their fee petition to March 9, 2023.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois     By:    */s/ Sarah H. Newman*
                                        Sarah H. Newman
                                        Assistant Attorney General
                                        100 W. Randolph Street, 13th Floor
                                        Chicago, Illinois 60601
                                        312-814-6131
                                        sarah.newman@ilag.gov

                                        *Counsel for Defendant Rob Jeffreys*