IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL MURPHY, et al., individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>      v.<br><br>KWAME RAOUL, et al.,<br><br>   Defendants. | 16-cv-11471<br><br>Hon. Virginia M. Kendall |

**STATUS REPORT REGARDING ATTORNEYS' FEES**

The Court set today, March 16, 2023, as the deadline for Plaintiffs to file a motion for attorneys' fees. ECF 269. Plaintiffs submit this status report to inform the Court that the parties have settled the matter of outstanding attorneys' fees. Accordingly, the parties request no further action from the Court. The case can be closed consistent with the judgment entered on November 3, 2022. ECF 265.

                                                        Respectfully submitted,

                                                        /s/ Adele D. Nicholas
                                                        /s/ Mark G. Weinberg
                                                        *Counsel for Plaintiff*

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869
adele@civilrightschicago.com

Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
(773) 283-3913
mweinberg@sbcglobal.net