

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton                                           312-435-5670
Clerk

Date: 11/13/2023                    Case Number: 16cv11471

Case Title: Murphy et al v. Madigan et al        Judge: Virginia M. Kendall

## DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

☐ Document entered in error.

☑ Document withdrawn or removed per court order of

☐ Incorrect document linked.

☑ Other: Should have been filed as a new Habeas Case

☐ Removed per IOP30(b).

Thomas G. Bruton, Clerk

By: /s/ David Jozwiak
    Deputy Clerk

Rev. 11/29/2016